**Emilia HERNANDEZ DE QUEVEDO,**
**Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney**
**General, Respondent.**

No. 08–70055.

United States Court of Appeals,
Ninth Circuit.

Submitted June 29, 2010.*

Filed July 13, 2010.

Randy Alexander, Esq., Los Angeles, CA, for Petitioner.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

CAC–District Counsel, Esq., Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, OIL, DOJ–U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: ALARCÓN, LEAVY, and GRABER, Circuit Judges.

## MEMORANDUM **

Emilia Hernandez De Quevedo, a native of El Salvador and a citizen of El Salvador and Guatemala, petitions for review of the Board of Immigration Appeals' order dismissing her appeal from an immigration judge's decision denying her application for relief under the Nicaraguan Adjustment and Central American Relief Act of 1997 ("NACARA"). We dismiss the petition for review.

We lack jurisdiction to review the agency's determination that Hernandez De Quevedo failed to establish eligibility for relief under NACARA. *See* NACARA, Pub. L. No. 105–100, § 203(a)(1), 111 Stat. 2160, 2196–97 (Nov. 19, 1997); *see also Lanuza v. Holder*, 597 F.3d 970, 972 (9th Cir.2010) (per curiam).

**PETITION FOR REVIEW DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

